# **EXHIBIT 1**

**Stipulation**

{00032481. }

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust,<br><br>                    Plaintiff,<br>vs.<br><br>MOBILEFUSE, LLC,<br><br>                    Defendant. | Adv. No. 25-52298 (TMH) |

**STIPULATION GRANTING DEFENDANT AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD OR RESPOND TO COMPLAINT**

Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.* (the "Plaintiff" or "Trustee") and MobileFuse, LLC, (the "Defendant"), by and through their respective attorneys, hereby stipulate and agree as follows:

1.       Defendant shall have to, through and including November 5, 2025 to answer, move or otherwise respond to the *Complaint by Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust against MobileFuse, LLC.* (the "Complaint") [Adv. D.I. 1] (the "Complaint").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

2


Dated: October 2, 2025

| **PACHULSKI STANG ZIEHL & JONES LLP** | **THE ROSNER LAW GROUP LLC** |
|---|---|
| */s/ Brandon V. Lewis* <br> Bradford J. Sandler (DE Bar No. 4142) <br> Beth E. Levine (pro hac vice) <br> Peter J. Keane (DE Bar No. 5503) <br> 919 N. Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> T: (302) 652-4100 <br> F: (302) 652-4400 <br> bsandler@pszjlaw.com <br> blevine@pszjlaw.com <br> pkeane@pszjlaw.com | */s/ Frederick B. Rosner* <br> Frederick B. Rosner (DE 3995) <br> Chan (Cora) Dong (DE 7393) <br> 824 North Market Street, Suite 810 <br> Wilmington, DE 19801 <br> Tel: (302) 777-1111 <br> Email: rosner@teamrosner.com <br> dong@teamrosner.com |

-and-

**REID COLLINS & TSAI LLP**

Eric D. Madden (pro hac vice)
Brandon V. Lewis (pro hac vice)
Brian J. Bah (pro hac vice)
1601 Elm Street, Suite 4200
Dallas, TX 75201
T: (214) 420-8900
F: (214) 420-8909
emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for the Trustee*

-and-

**Meyer, Suozzi, English & Klein, P.C.**

Kevin Schlosser *(pro hac vice forthcoming)*
James D. Garbus *(pro hac vice forthcoming)*
Robert F. Regan *(pro hac vice forthcoming)*
Howard B. Kleinberg *(pro hac vice forthcoming)*
990 Stewart Avenue, Suite 300
Garden City, NY 11530
Tel: 516-592-5767
Email: kschlosser@msek.com
jgarbus@msek.com
hkleinberg@msek.com
rregan@msek.com

*Counsel for Defendant*