**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust, | |
| | Adversary Proceeding No. 25-52298 (TMH) |
| Plaintiff, | |
| v. | Re: Adv. Docket No. 24 |
| MOBILEFUSE, LLC, | |
| Defendant. | |

## NOTICE OF FILING OF EXHIBITS TO AMENDED COMPLAINT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On November 18, 2025, Drivetrain, LLC, in its capacity as the Plan Administrator and Litigation Trustee (the "Trustee") of the Near Intelligence, Inc*., et al.*, Litigation Trust, appointed in the above-captioned chapter 11 cases of Near Intelligence, Inc., *et al.* (collectively, the "Debtors" or "Near"), filed the *Amended Complaint* [Adv. Docket No. 24].

2.      The exhibits to the Amended Complaint include the 2020 Usage Agreement, (**Exhibit A**), the 2022 Usage Agreement (**Exhibit B**), and the 2023 Usage Agreement

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

4931-8856-1019.1 19286.00001

(**Exhibit C**), each of which is attached to this Notice and incorporated to the Amended

Complaint by reference.


Dated: November 19, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*pro hac vice* pending)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
T: (302) 652-4100
F: (302) 652-4400
bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

-and-

REID COLLINS & TSAI LLP
Eric D. Madden (admitted *pro hac vice*)
Brandon V. Lewis (admitted *pro hac vice*)
Brian J. Bah (admitted *pro hac vice*)
1601 Elm Street, Suite 4200
Dallas, TX 75201
T: (214) 420-8900
F: (214) 420-8909
emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for the Trustee*

4931-8856-1019.1 19286.00001                          2