## Exhibit A

**2020 Usage Agreement**

4931-8856-1019.1 19286.00001



**ALLSPARK USAGE AGREEMENT**

This Allspark Usage Agreement ("**Agreement**"), is entered into as of 1st day of January, 2020 (the "**Effective Date**") between **Near Pte. Ltd.**, having its office address at 3 Temasek Avenue, Level 18-01, Centennial Tower, Singapore 039190 ("**Company**" or "**Near**") and **MobileFuse, LLC**, including itself and all its affiliates, having its office address at 25 East 21st Street, 10th Floor, New York, NY 10010 ("**Customer**") and shall be governed by the terms available at [www.near.co/terms](http://www.near.co/terms) ("**Terms of Use**"). This Agreement and the Terms of Use are together referred to as "**T&C's**" and supercedes all previous agreements entered in-between the parties.

The T&C's set forth the terms of use of Allspark (*defined below*) and Targeting Platform (*defined below*). By executing this Agreement, Customer represents that its authorised signatory has the authority to bind the Customer to the T&C's. The Customer's access to and use of Allspark and Targeting Platform constitutes the Customer's irrevocable acceptance to the T&C's, which establishes a contractual relationship between the Company and the Customer. The T&C's expressly supersede any oral or written prior agreements or arrangements between the Company and the Customer.

## 1.    EXCLUSIVITY

The Company agrees to appoint the Customer as the exclusive supplier for Company's advertising products, including but not limited to advertising use cases of Allspark, Engage and Compass in the territory of United States of America. Customer acknowledges that the exclusivity will be restricted to advertising business and no other use-case of Near's product. As part of this exclusive arrangement, the Customer agrees to share with the Company a minimum level of Customer's revenues through the use of Near's products until the expiry of the later of (i) twelve (12) months from the Go-Live Date (*as defined in Exhibit B*) or (ii) June 30, 2021 ("**Revenue Share End Date**"), subject to the terms agreed under Exhibit A (*Fees*) and Exhibit B (*Product Features*).

## 2.    REVIEW AND IMPROVEMENT

During the Term, the Company agrees to constantly review and improve its product to ensure it remains competitive and viable in terms of price point and innovation for the marketplace. For example, should a market leader, such as Google, provide a product which significantly reduces the rates in market and competes directly with the Allspark platform, then the Customer has the right to renegotiate the fees in Exhibit A.



## 3.   DEFINITIONS

"**Allspark**" means a mobile-first audience cloud powered, proprietary data management and analytics platform that allows its customers to leverage multiple streams of data (including location, behavioral, demographic, interest and third party data) by permitting them to curate audience, target audience in real-time, in and around hand-picked locations, track exposure to store visits and attribution for conversion tracking and provides real-time insights and heat maps of curated and standard off-the-shelf audience.

"**AudienceCard**" means selection of different segments of the Company Data, by the Customer, to build an audience segment in Allspark.

"**Customer**" means the customer defined above and includes its assignees, affiliates, agents, successors and legal representatives.

"**Company Data**" means the aggregated and analyzed data, derived as an output from Allspark, specifically for the Customer. The Company Data includes aggregated and analyzed consumer locations without use of GPS along with user behavior and context to build audiences/segments.

"**Compass**" means Near's attribution and measurement platform.

"**DMP**" means a Data Management Platform, which is a platform used to store and analyse Device IDs or other hashed Device IDs or cookies or some kind of identifiers, to allow the clients to better understand the data. DMP platform is usually connected and interacts with DSP.

"**DSP**" means a Demand Side Platform, which is a programmatic platform used to define buying criteria and which facilities the serving of digital advertising onto publisher and mobile sites, apps.

"**Engage**" means Near's in-house DSP.

"**Marketing Material(s)**" means creative, artwork, copy, or active URLs of advertisement provided or approved by the Customer to the Company for providing marketing solution.

"**Places**" means place segments used in building a custom AudienceCard in Allspark.



"**Services**" means providing access to Allspark for (i) creating AudienceCard and (ii) running queries and displaying Marketing Materials through Targeting Platform. A detailed description of the Services and the agreed SLAs have been included under Addendum 1 of this Agreement.

"**Targeting Platform**" means the platform that interfaces with the Publisher Platform to enable the Company to serve/display Marketing Materials on the Publisher Platform.

"**Territory**" means the United States of America and its territories and possessions.

*(Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Terms of Use)*

### 4.    USAGE AND RESTRICTIONS

Subject to compliance with the T&C's and payment of applicable fees by Customer, the Company hereby grants the Customer a license to use the Allspark and Targeting Platform for the Services described herein (the "**License**") on the following terms:  (a) the License is for the terms specified in this Agreement and for duration of the Term only; (b) the License is exclusive for the Territory in accordance with the exclusivity arrangement set out in Section 1 of this Agreement; (c) the License is non-revocable except as otherwise provided in Section 4 of this Agreement or the provisions of the Terms of Use; and (d) the License is non-transferable. All rights not expressly granted herein are reserved by the Company and its licensors. The Company may create a white-labeled version of Allspark for the specific use of the Customer with the Customer's branding and collaterals upon mutual consent of the parties. The list of countries for which Allspark will be made available to the Customer includes the United States of America. Further territories may be added with mutual consent of both parties and upon agreement of the commercial terms for such additional territory.

The Company Data is based upon data which is provided by third parties, the accuracy and/or completeness of which would not be possible and/or economically viable for Company to guarantee. Services also involve models and techniques based on aggregate statistical analysis, probability and predictive behavior.  Company is therefore not able to accept any liability for any inaccuracy, incompleteness or other error in the Services and any failure of the Company Data to achieve any particular result for the Customer.

### 5.    FEES & PAYMENTS



The Company will invoice the Customer, in arrears, for usage of Allspark and Engage on a monthly basis ("**Fee(s)**"). Invoices for Fees will be sent to the Customer every month, in arrears. Invoices will be sent to Customer's email address provided by the Customer. Payment shall be made in full within sixty (60) days of the date of invoice.

All Fees above are exclusive of any indirect taxes and the Customer shall be solely responsible for paying all applicable taxes which may be levied or assessed in connection with the Services provided under this Agreement. To the extent that Customer is required to withhold any applicable taxes (including income tax) in connection with this Agreement, the Customer will gross up the payment owed to the Company such that Company shall receive the same amount as if such taxes had not applied.

In the event audience data segments are sold through a third party, for example a DSP or DMP, wherein monies are paid directly to the Company as the supplier, the Company must reconcile and pay any net fees directly to the Customer.

## 6.    TERM & TERMINATION

The T&C's will commence on the Effective Date and shall be valid for a period of 3 (three) years from the Go-Live Date ("**Initial Term**"). The T&C's will automatically renew for successive periods of 1 (one) year each ("**Renewal Term**") unless either party provides the other party with written notice of at least 30 (thirty) days' prior to the expiry of the Initial Term or Renewal Term, as the case may be, that this Agreement shall not be renewed. During the Renewal Term, either party may terminate this Agreement with three (3) months prior written notice to the other party. The Company may terminate this Agreement at any time by giving twelve (12) months written notice to the Customer once the Go-Live Date is effective. The Initial Term and the Renewal Term shall hereinafter be collectively referred to as the "**Term**".

This Agreement may be terminated by the Company or the Customer in the event of a material breach of this Agreement by the other party, and such material breach continuing for a period of thirty (30) days after written notice to the breaching party of such breach.

## 7.    OTHER TERMS AND CONDITIONS

(a)    *Rights*: Subject to Section 7(b) below, the Customer acknowledges and agrees that (*i*) nothing in this Agreement guarantees that the Services will be free from interruption or errors, (*ii*) there will be periods when Service(s) is/are unavailable and



cannot be accessed, (***iii***) the Company accepts no liability for any loss or damage the Customer may suffer or incur as a result of such unavailability at any time, and (***iv***) the Customer is not relieved of any of its liabilities or obligations under this Agreement for the acts, omissions, defaults and neglects of their clients. If the acts, omissions, default and neglects of the Customer or any employee or agent of the Customer results in a breach of the Customer's obligations under this Agreement, then such acts, omissions, defaults and neglects will be treated as if they were the acts, defaults or neglects of the Customer.

(b)     *SLA:* The Company will provide a minimum service level which are as specified under Addendum 1.

(c)     *Ownership*: By signing this Agreement, the Customer irrevocably acknowledges that the Customer has no ownership interest in the Company Data and Services. Subject to any limitations associated with intellectual property rights of third parties, the Company shall own all right, title, and interest in Company Data and Services, data developed in the performance of the Services (including such derivative works so developed under this Agreement jointly with any client or partner or solely by the Company).  The Customer will own data which has been imported and stored by the Customer and then enriched or modified by the Company.



**IN WITNESS WHEREOF,** the parties hereto have understood, agreed to and caused this Agreement to be executed in duplicate originals by their duly authorized representatives as of the latest date of signature by the parties.

**NEAR PTE. LTD.**                                        **CUSTOMER**

By:                                                      By:

Name:    Anil Mathews                                    Name: Kenneth Harlan

Title:    Founder & CEO                                  Title: Founder & CEO

Date:    March 24, 2020                                  Date: March 24, 2020



**EXHIBIT A**
**FEES**

The Customer shall pay, the Company the following Fees for access to and use of the Allspark platform and running campaigns through Engage. The Fees may only be changed or increased during the Term with the written consent of both Customer and Company.

Customer's obligation to pay Fees is subject to Customer providing written approval on the product features specified in Exhibit B within the Go-Live Date. If the Customer does not provide the abovementioned approval within the Go-Live Date, the parties agree that the Revenue Share End Date shall be reset to twelve (12) months from the date when Customer provides written confirmation on the product features specified in Exhibit B.

| Particulars | Standard Pricing | Preferred Rate for the Customer (USD) |
|---|---|---|
| Set-up Fees (One-Time Fees) | USD 100,000 | NIL (Waived Off) |
| AudienceCards and Places | Per Card /Place per month | Unlimited |
| Monthly Minimum Fees (giving access to unlimited Places and AudienceCards plus running relevant campaigns on the Allspark and Engage platform) | Amount of gross spends which the Customer will be running through Allspark, Engage and Compass | Up to USD 15 Million per annum by end of June 2021<br><br>At least USD 25 Million per annum thereafter |

**Note**: The Customer will utilize CPM rates while utilizing Engage.



**EXHIBIT B**

**PRODUCT FEATURES**

The Customer has been using a combination of multiple data providers and DSPs including their in-house exchange (MFX) to deliver advertising campaigns and providing reporting and insights to their clients. The Company acknowledges that the Customer is the go-to market expert and is planning to use the Company's product and services such as Allspark and Engage to replace its existing product suite.

Company acknowledges that the following features are required for the Customer to start using Allspark and Engage as the primary product suite:

**Allspark - Audience Curation**
- Bespoke audience curation - Allspark to support LiFTS Targeting
- Standard segments provisioned in 6-8 hours
- Custom segments provisioned within 7 days
- Seamless integration that allows audience segments to be pushed from Allspark to Engage.

**Engage - DSP**

**Account Hierarchy**
- Advertiser → Insertion Order (IO) → Campaign → Line Item
- Creative is associated with the Advertiser or the IO and can be applied multiple times to a Campaign or a Line Item under the Advertiser or IO.

**Targeting**
- App inclusion/exclusion, black/white listing, and other standard targeting options such as by app category, OS, device, telco, day parting, time parting, audience segments, etc.
- Targeting have a top down effect - anything set at a parent level would apply to child objects. Child objects can have additional/more restrictive targeting applied.
- Ability to adjust targeting on the fly at Campaign or Line Item levels.

**Creative**
- Creative sits at the Advertiser or IO level, and can be applied to any Campaign or Line Item.



- Optimization at the creative level - budget, targeting adjustment, etc.
- Allow benchmarks/KPIs to be set for each ad size.
- Provide sandbox or test app to ensure creative is displaying, trackers are firing as anticipated.
- Support multiple creative/ad groups and multiple creative/ad sizes.
- Supporting Celtra rich media creative tags
- Rich media engagement reporting (clicks, swipes, etc)

**Reporting**
- Standard DSP campaign reporting metrics
- Log files and API options to be explored
- Ad-hoc and scheduled reporting
- End of campaign report in PDF format
- Rich media engagement reporting (clicks, swipes, etc)

**General Management**
- Pacing
- Frequency capping
- Daily delivery goals
- Bid management
- Profit and margin management
- Auction information - bid price, win rate, loss details, etc.
- Optimization - CTR, expansion, rich media engagement, video completion rate and include/exclude min CTR.
- Pricing models - CPM/CPC/CPCV/etc.
- KPI - CTR, engagement rate, attribution, video completion rate, etc.
- 3rd party measurement – MOAT, DV and IAS for viewability and brand safety.

The parties agree that the above product features shall be made available by the Company on June 30, 2020 or any other date as may be mutually agreed between the parties in writing ("**Go-Live Date**").



## ADDENDUM 1

## SERVICE LEVEL AGREEMENT

### Allspark Workflow and Service Level Agreements

This document outlines the workflow of each supported task using the Allspark platform. The Customer and the Company will refer to this document when working together to pitch, execute campaigns and generate campaign reports. All amounts mentioned in the SLA, unless otherwise specified are in USD (United States Dollar). For clarity, the owner of each step is defined as follows:

**Customer** refers to any Allspark user from Customer including Customer themselves.

**Customer Success Manager (CSM)** refers to the Near representative assigned to Customer to manage the account and relationship. Below CSM is assigned to your account:

| Name | Email |
| --- | --- |
| Michelle Zhou | michelle@near.co |

**Allspark Support** refers to Near's Platform Solutions team who is responsible for product related enquiries. Below Platform Solutions personnel is assigned to your account:

| Name | Email |
| --- | --- |
| Vijay Kuppili | vijay@near.co |

**This document covers below listed workflows using the Allspark platform:**

- **Pre-Self Service Utilisation of Allspark – SLA's**
- **Customer Onboarding & Account Management**
- **Campaign Management**
- **Creative Production**
- **Campaign Insights & Reporting**
- **Custom Audience Count Request**
- **AudienceCard Additions**
- **Places/PlaceMatrix Additions**



**<u>Pre-Self Service Utilisation of Allspark – SLA's</u>**

Prior to any campaign booking/planning/brief responses, or when responding/addressing any queries around feasibility, your Near CSM will respond to any queries (verbal or in writing) **within 24 business hours**.

Consequently, your Near CSM will be able to address your specific query, either providing you with an answer (in writing or verbally) within the initial 24 business hours window of receiving your query or provide you with an ETA on when to expect a response.

You can also receive support via the chat function in the platform. Send any questions or enquires you have and you should expect a reply within a few business hours.



## Customer Onboarding & Account Management

The intent of this section is to explain in detail the processes involved in setup, creating and managing of accounts, and setting up new users in Allspark.

| Step | Task | Owner | SLA |
|---|---|---|---|
| 1 | After contract is signed, Customer will share the following details:<br>Account admin email, and names/emails of users to be created under the account. | Customer | NA |
| 2 | Allspark Support team will create the Allspark account accordingly:<br>• Account admin email will be added to the Allspark account and will be used for billing reports and any other Allspark account level notifications.<br>• Pricing and Countries of access will be defined under the account.<br>• Users will be added under the account.<br>• After account is created, welcome email will be sent to all users. | Allspark Support | 2 Business Days |
| 3 | Customer will reach out to CSM if any additional users needs to be added/deleted. | Customer | NA |
| 4 | CSM will communicate any new changes required to Allspark Support team. | CSM | 1 Business Day |
| 5 | Allspark Support team will make the necessary changes and notify the CSM. | Allspark Support | 1 Business Day |



**Campaign Management (Self-Service)**

The intent of this section is to explain in detail the processes involved in setup and managing of campaigns in Allspark. This includes audience, real-time, or both audience and real-time targeted campaigns.

| Step | Task | Owner | SLA |
|---|---|---|---|
| Pre | Locations needed for the campaign are uploaded to Allspark prior to campaign set up. If this is not the case, please allocate additional time for this task to be completed. Please refer to section "Places/PlaceMatrix Additions" section for detailed process and SLAs. | | |
| Pre | AudienceCards required for the campaign should be created in Allspark. In case of campaigns with Attribution Places, to track pre-campaign footfall of target audience, the AudienceCards need to be built 7 days prior to campaign start date. Please refer to section "AudienceCard Additions" section for detailed process and SLAs. | | |
| Pre | Creative should be approved by the end-client prior to campaign set up. If Near is building creative for the campaign, please refer to "Creative Production" section for detailed process and SLAs. | | |
| 1 | Customer creates and submits the campaign on Allspark from the "New Campaign Creation" Page.<br><br>**NOTE**: Allspark requires certain minimum number of impressions depending on the campaign type. | Customer | NA |
| 2 | Customer also submits any additional instructions that are not available on Allspark using a Campaign Setup Sheet. (Template will be shared by the CSM) | Customer | NA |



| | | | |
|---|---|---|---|
| 3 | Once submitted, the campaign status will change to "Pending". | NA | NA |
| 4 | Allspark Support team reviews campaign details and reaches out to Customer if any additional details or assets are required. | Allspark Support | 1 Business Day |
| 5 | Customer supplies any additional details or assets requested by Allspark Support team. | Customer | NA |
| 6 | Allspark Support team reviews the campaign and implements additional details. As the campaign is now being reviewed, it will be in "Processing" status. | Allspark Support | 2 Business Days |
| 7 | Once the campaign is approved by Allspark Support team, it will be moved into "Approved" status. Allspark Support team will send an email to CSM and Customer confirming the campaign is ready to go live. | Allspark Support | 1 Business Day |
| 8 | Once campaign goes live on campaign start date/time it will move to "Active" status. | NA | NA |
| 9 | Allspark Support team sends campaign screenshots to Customer within 48 hours after campaign has been set live. | Allspark Support | 2 Business Days |
| 10 | Campaign metrics will be updated in Allspark. | NA | 3-hour latency in stats being presented in UI |
| 11 | If required, Customer can "Pause" the campaign in Allspark and the campaign status will change to "Paused" immediately. "Restart" action can be applied to paused campaigns in which case the status will change to "Active". Customer must notify the Allspark Support team when they apply changes to a campaign. | Customer | NA |



| | | | |
|---|---|---|---|
| 12 | Edits can be made throughout the course of a campaign, at which point the campaign status will change to "Processing". Once the edits are complete, the Allspark Support team will change the status of the campaign back to "Active". | Allspark Support | 2 Business Days |
| 13 | After the campaign end date is reached, Customer can "End" the campaign, upon which the campaign status will change to "Ended". | Customer | NA |
| 14 | Once the campaign has ended, standard EoC report for the campaign will be emailed to Customer. | Allspark Support | 7 Business Days |
| 15 | If a campaign includes Attribution Places, Allspark will continue tracking footfall data 15 days after the campaign has ended. An additional 7 days are required after this to extract the footfall data, and populate the Footfall Attribution Report. | Allspark Support | 7 Business Days post the last day of tracking |
| 16 | Additional reporting metrics or any custom reports will be provided within the prior agreed timelines. | Allspark Support | Agreed date/time at campaign set up stage |

## Campaign Management (Managed Service)

The intent of this section is to explain in detail the processes involved in setup and managing of campaigns as managed service in Allspark. This includes audience, real-time, or both audience and real-time targeted campaigns.

| Step | Task | Owner | SLA |
|---|---|---|---|
| Pre | Locations needed for the campaign are uploaded to Allspark prior to campaign set up. If this is not the case, please allocate additional time for this task to be completed. Please refer to section "Places/PlaceMatrix Additions" section for detailed process and SLAs | | |



| | | | |
|---|---|---|---|
| Pre | AudienceCards needed for the campaign are created on Allspark prior to campaign set up. If this is not the case, please allocate additional time for this task to be completed. Please refer to section "AudienceCard Additions" section for detailed process and SLAs | | |
| Pre | Creative is approved by the client prior to campaign set up. If Near is building creative for the campaign, please refer to "Creative Production" section for detailed process and SLAs | | |
| 1 | Customer sends a campaign set up email to the CSM with following details:<br>- Signed IO / PO<br>- Campaign setup document<br>- Tags/Trackers<br>- Final approved creative<br>- Location list (if not previously provided)<br>- Additional EOC report metrics required (prior approval needed) | Customer | |
| 2 | CSM reviews the campaign set up email and reaches back to the customer if any additional details or assets are required. Once all the details are received, CSM instructs Allspark Support team to set up the campaign | CSM | 1 Business Day |
| 3 | Allspark Support team reviews and implements the campaign on Allspark accordingly and sends an email to CSM and Customer confirming the campaign is ready to go live. | Allspark Support | 3 Business Days (given Pre Conditions are met) |
| 4 | Allspark Support team launches the campaign on campaign start date/time | Allspark Support | |
| 5 | Allspark Support team sends campaign screenshots to Customer within 48 hours after campaign goes live. | Allspark Support | 2 Business Days |



| 6 | Campaign metrics will be updated in Allspark | N/A | GMT 2:00am Next Day |
|---|---|---|---|
| 7 | If required, customer can send request to Allspark Support team to "Pause", "Restart" the campaign in Allspark (without changing campaign settings). | Allspark Support | 2 Business Hours |
| 8 | If "Edit" action is performed on a campaign, it will again be moved to "Processing" status and after review by Allspark Support team will move back to "Active" status | Allspark Support | 2 Business Days |
| 9 | After the campaign is over, standard EoC reports for that campaign will be emailed to the Customer. | Allspark Support | 7 Business Days |
| 10 | If a campaign includes Footfall Attribution reporting, Allspark will continue tracking footfall data 15 days after the campaign has ended. An additional 7 days are required after this to extract the footfall data, and populate the Footfall Attribution Report. | Allspark Support | 7 Business Days post last day of tracking |
| 11 | Additional reporting metrics or any custom reports will be provided within the prior agreed timelines. | Allspark Support | Agreed date/time at campaign set up stage |

Please note that the Allspark platform requires a **minimum of 3,500 Impressions** to be served out per day, for each Line Item. For one day campaigns, the minimum number of impressions required is 150,000.

For campaigns that include **Attribution Places (which includes free Store Visitation / Footfall Attribution Reports),** Near recommends the below minimum **budgets and delivery requirements:**

- The **recommended minimum** budget for USA is US$ 10,000
- The **recommended minimum** Impressions required for ALI *per Line Item* is 35,000 per day.
- The **recommended minimum** number of delivery days required *for each Line Item* is 14 days.



**NOTE:** These minimums are our recommendations to drive the most significant footfall results, and are based on robust historical results gathered from previous footfall campaigns.

They are not compulsory restrictions and can be bypassed within the platform, however, campaigns that fall below this threshold must be approved on a case by case basis.

Other aspects such as campaign duration, and number of targeted locations will also be taken into consideration. Please speak to your CSM before signing off the campaign with the client.



**<u>Creative Production</u>**

The intent of this section is to explain in detail the processes/workflow for when Near is building creative for a campaign running on Allspark.

| Step | Task | Owner | SLA |
|---|---|---|---|
| 1 | After the client signs off the campaign, Customer will reach out to CSM if they require Near to build new creatives for their campaign (Note: minimum spend for free creative production applies). | Customer | NA |
| 2 | Customer sends all the creative assets provided by the client to CSM and/or Near creative team. | Customer | NA |
| 3 | Near creative team checks all the creative assets and will inform CSM and Customer if anything is missing. | Near Creative Team | 1 Business Day |
| 4 | If conceptualization or ideation is required, Near creative team will provide mocks and storyboard first. | Near Creative Team | 2 Business Days |
| 5 | Once concept/mock is approved, Near creative team produces the creative. | Near Creative Team | 5 Business Days |
| 6 | Near creative team changes the creative based on client feedbacks. | Near Creative Team | 1 Business Day for Each Iteration |
| 7 | Customer approves the final creative. | Customer | NA |

Below table lists the minimum spend required for free creative production service provided by Near. Please speak to your CSM if you have any questions.

| Creative Type | Minimum Spend Required |
|---|---|
| Standard | $15,000 |
| Rich Media / Dynamic | $30,000 |



## Campaign Insights & Reporting

The intent of this section is to explain in detail the processes involved in accessing insights and reporting of campaigns in Allspark. This includes audience, real-time or audience + real-time targeted campaigns.

| Step | Task | Owner | SLA |
|---|---|---|---|
| 1 | For each campaign that is in "Active" status, updated campaign metrics will be available on Campaign Dashboard. | Allspark | 3-hour latency in stats being presented in UI |
| 2 | Updated campaign reports - raw data (CSV) - will be available for download from the corresponding campaign page. | Allspark | 3-hour latency in stats being presented in UI |
| 4 | Weekly email report on all "Active" campaigns for the previous week will be sent to Customer by Allspark Support team. | Allspark Support | As Customer Schedule |
| 5 | After the campaign ends, standard EOC report will be emailed to Customer, by Allspark Support team. | Allspark Support | 7 Business Days |
| 6 | If the campaign includes Attribution Places, Allspark will continue tracking footfall 15 days post campaign, and the standard Footfall Attribution report will require 7 additional days after the footfall data becomes available. | Allspark Support | 7 Business Days post last day of tracking |
| 7 | Customer needs to communicate request for any additional custom reports to the CSM before the start of their campaigns. This can also be included in the "Additional Instructions" or Campaign Setup Sheet at the campaign set up stage. (Note: There might be additional costs involved for custom reports.) | Customer | Before campaign starts |
| 8 | Any additional custom reports (Example: store-wise footfalls) required by Customer will be emailed to CSM and Customer. | Allspark Support | Agreed upon at campaign setup stage |



## Custom Audience Count Request

The intent of this section is to explain in detail the processes involved in providing **custom** audience counts requested by Customer for campaign briefs. Often this is only needed when **non-standard rules** need to be applied to building an audience. This type of request involves complicated backend work, which need to be properly assessed by Allspark Support team and require prior approval.

| Step | Task | Owner | SLA |
|---|---|---|---|
| 1 | Customer will reach out to CSM with the idea/brief for the audience count request as well as the timeline. | Customer | NA |
| 2 | CSM will respond back to Customer on feasibility and timeline. **Note**: In the case of a complex query, CSM will need to consult the Allspark Support team which may take additional time which will be communicated. | CSM | 1 Business Day |
| 3 | Allspark Support team will evaluate this request and respond back to CSM and Customer on feasibility and timeline. | Allspark Support | 2 Business Days |
| 4 | If the request is approved, Allspark Support team will query the system to get the details. If places need to be ingested into Allspark as part of the query, please refer to the Places/PlaceMatrix Additions Section below. | Allspark Support | 2 Business Days |
| 5 | CSM will respond to the client with the count details. | CSM | 1 Business Day |



**<u>AudienceCard Additions</u>**

The intent of this section is to explain in detail the processes involved in creating any new **custom** AudienceCards in Allspark as requested by the Customer. Note most of the AudienceCards can be directly built in Allspark by the Customer without requiring the process below. Often this is only needed when **non-standard rules** need to be applied to building an audience. This type of requests involves complicated backend work, which need to be properly assessed by Allspark Support team and require prior approval or the campaign to be signed off.

| Step | Task | Owner | SLA |
|---|---|---|---|
| 1 | Customer will reach out to CSM with the idea/brief/pitch for the card as well as the timeline. | Customer | NA |
| 2 | CSM will respond back to Customer on feasibility and timeline.<br>**Note**: In the case of a complex query, CSM will need to consult the Allspark Support team which may take additional time which will be communicated. | CSM | 1 Business Day |
| 3 | Allspark Support team will evaluate this request and respond back to CSM and Customer on feasibility and timeline. | Allspark Support | 2 Business Days |
| 4 | Once the request is approved, and feasibility and timeline are finalised, Allspark Support team will start building this new custom card. If places need to be ingested into Allspark as part of the query, please refer to the Places/Placematrix Additions Section below. | Allspark Support | 7 Business Days |
| 5 | CSM will notify the client about card availability. | CSM | 1 Business Day |



**<u>Places/PlaceMatrix Additions</u>**

The intent of this section is to explain in detail the processes/workflow for adding new Places/PlaceMatrix building blueprints in Allspark.

To add custom places to Allspark, in most cases, Customer can upload them directly to Allspark Places Library. In cases where this is not possible, or if Customer wants to upload custom places above 1MB through Allspark, or if the Customer wants Near team to convert addresses to lat/lon before uploading to Allspark, the following processes and SLA's apply:

| Step | Task | Owner | SLA |
|---|---|---|---|
| 1 | Customer will reach out to CSM with the Places/PlaceMatrix requirement as well as timeline. | Customer | |
| 2 | CSM will relay Customer request to Allspark Support team. | CSM | 1 Business Day |
| 3 | Allspark Support team will evaluate this request and respond back to CSM on feasibility and timeline. | Allspark Support | 2 Business Day |
| 4 | CSM will communicate the plan and the timeline to Customer. | CSM | 1 Business Day |
| 5 | Once timeline is finalised, Allspark Support team will start adding Places/PlaceMatrix to Allspark. | Allspark Support | Case-by-Case (please refer to table below on places guidelines) |
| 6 | After the Places/PlaceMatrix are deployed, Allspark Support team will notify CSM. | Allspark Support | 1 Business Day |
| 7 | CSM will notify Customer about Places/PlaceMatrix availability. | CSM | 1 Business Day |



Please follow below SLA guidelines for different types of Places/PlaceMatrix requests:

| Task | Up to 500 Places | Every Additional 500 Places |
|---|---|---|
| Collect Places – collect addresses and convert addresses to lat/lons | 3 Business Days | 2 Business Days |
| Ingest Places given a list of addresses - this will also involve converting addresses to lat/lons in certain cases | 2 Business Days | 2 Business Days |
| PlaceMatrix Polygonisation – once the Places are ingested into Allspark, PlaceMatrix polygons will be created. (Note: PlaceMatrix will only be created for Near Core Places.) | 7 Business Days | 5 Business Days |

**System Support and SLAs**

The intent of this section is to explain in detail the support process for system related issues. Company guarantees a 99.8% system uptime. The uptime guarantee does not include scheduled system maintenance time which will be communicated to customers. When system issues occur, the Customer should raise a support request via support@getallspark.com. The response time below measures how long the Company takes to respond to a support request. It is vital that the Customer raises every issue via above mentioned email address. If an issue is not raised this way, the response time does not apply to that issue. Company support is deemed to have responded when it has replied to the Customer's initial request. This may be in the form of an email, or a call, to either provide a solution or request further information. Company shall use its reasonable efforts to correct all issues raised by Customer.

Incident severity will be determined using the following:

| Priority Level | Problem Severity Rating | Description |
|---|---|---|
| 1 | Critical | Allspark is completely inoperable, unavailable or severely degraded |



| 2 | High | 1 or more critical component of Allspark is inoperable or unavailable |
|---|---|---|
| 3 | Medium | All other errors with the Allspark other than as listed above. |

**Incident Response, Notification & Resolution Times**

Incident management will be provided by the Company in accordance with the following criteria:

| Problem Severity Rating | Initial Response Time | Minimum Status Update Notification Time | Initial Resolution Time | Permanent Resolution Time |
|---|---|---|---|---|
| Critical | 2 hour | Every 12 hours | 24 hours | 6 calendar days |
| High | 6 hours | Every 24 hours | 2 days | 10 calendar days |
| Medium | 2 business days | Every 2 business days | 10 business days | 30 calendar days |