# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.*, Litigation Trust, | |
| Plaintiff, | Adversary Proceeding No. 25-52298 (TMH) |
| vs. | |
| MOBILEFUSE, LLC, | |
| Defendant. | |

## NOTICE OF RESCHEDULED PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pretrial conference scheduled for December 2, 2025 at 11:00 a.m. (Eastern Time) has been rescheduled to **February 17, 2026 at 11:00 a.m. (Eastern Time)**. The pretrial conference will be held before the Honorable Thomas M. Horan, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

4912-4590-9116.1 57097.001

| | |
|---|---|
| Dated: November 26, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Beth E. Levine (NY Bar No. 2572246) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | blevine@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | -and- |
| | |
| | REID COLLINS & TSAI LLP |
| | Eric D. Madden (admitted *pro hac vice*) |
| | Brandon V. Lewis (admitted *pro hac vice*) |
| | Brian J. Bah (admitted *pro hac vice*) |
| | 1601 Elm Street, Suite 4200 |
| | Dallas, TX 75201 |
| | Telephone: (214) 420-8900 |
| | Facsimile: (214) 420-8909 |
| | Email: emadden@reidcollins.com |
| | blewis@reidcollins.com |
| | bbah@reidcollins.com |
| | |
| | *Counsel for the Trustee* |