# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEAR INTELLIGENCE, INC., et al.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of Near Intelligence, Inc. et al., Litigation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>MOBILEFUSE, LLC,<br><br>    Defendant. | <br><br><br>Adv. No. 25-52298 (TMH)<br><br>**Re: Adv. D.I. 24** |

## MOTION BY DEFENDANT TO DISMISS AMENDED COMPLAINT

MOBILEFUSE LLC (the "Defendant"), by and through its undersigned counsel, hereby files this motion (the "Motion") to dismiss the Amended Complaint [Adv. D.I. 24] filed in the above-captioned adversary proceeding, pursuant to Fed. R. Civ. P. 8, 9(b), 12(b)(1) and 12(b)(6), as incorporated by Federal Rules of Bankruptcy Procedure 7008, 7009, and 7012. In support hereof, Defendant respectfully submits the accompanying Memorandum of Law and the Declaration of Robert F. Regan, which are incorporated herein by reference.

---

[1] The Debtors in these chapter 11 cases are Near Intelligence, Inc., Near Intelligence LLC, Near North America, Inc., and Near Intelligence Pte. Ltd..

| | |
|---|---|
| Dated:  December 16, 2025 | **THE ROSNER LAW GROUP LLC** |
| | |
| | */s/ Frederick B. Rosner* |
| | Frederick B. Rosner (DE #3995) |
| | 824 Market Street, Suite 810 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 777-1111 |
| | rosner@teamrosner.com |
| | |
| | **MEYER, SUOZZI, ENGLISH & KLEIN, P.C.** |
| | Kevin Schlosser, Esq. |
| | Robert F. Regan, Esq. |
| | 990 Stewart Avenue, Suite 300 |
| | P.O. Box 9194 |
| | Garden City, New York 11530-9194 |
| | (516) 741-6565 |
| | kschlosser@msek.com |
| | rregan@msek.com |
| | |
| | *Counsel to the Defendant MobileFuse LLC* |