**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NEAR INTELLIGENCE, INC., et al.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of Near Intelligence, Inc. et al., Litigation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>MOBILEFUSE, LLC,<br><br>    Defendant. | Adv. No. 25-52298 (TMH) |

**NOTICE OF COMPLETION OF BRIEFING ON:
MOTION BY DEFENDANT TO DISMISS AMENDED COMPLAINT**

Pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, MobileFuse LLC (the "Defendant"), by and through its undersigned counsel, hereby notifies the Court that briefing has been completed on the *Motion by Defendant to Dismiss Amended Complaint* [Adv. D.I. 28] (the "Motion"). The pleadings relevant to the Motion are listed below:

| Tab | Date Filed | Adv. D.I. | Description |
|---|---|---|---|
| 1. | 11/18/2025 | 24 | *Amended Complaint* |
| 2. | 12/16/2025 | 28 | *Motion by Defendant to Dismiss Amended Complaint* |
| 3. | 12/16/2025 | 29 | *Memorandum of Law in Support of Motion to Dismiss* |

---

[1]    The Debtors in these chapter 11 cases are Near Intelligence, Inc., Near Intelligence LLC, Near North America, Inc., and Near Intelligence Pte. Ltd..

{00041131. }

|  |  |  | *Plaintiff's Amended Complaint* |
|---|---|---|---|
| 4. | 12/16/2025 | 30 | *Declaration of Robert F. Regan* |
| 5. | 01/03/2026 | 36 | *Plaintiff's Opposition to Defendant's Motion to Dismiss Amended Complaint and Brief in Support* |
| 6. | 02/03/2026 | 37 | *Reply Memorandum of Law In Support of Motion to Dismiss Plaintiff's Amended Complaint* |

The aforementioned documents will be delivered to Chambers with this Notice of Completion of Briefing.

Dated: February 9, 2026
      Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (No. 3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
Kevin Schlosser, Esq.
Robert F. Regan, Esq.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
(516) 741-6565
kschlosser@msek.com
rregan@msek.com

*Counsel to the Defendant MobileFuse LLC*

2

4896-4158-3245, v. 1