**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.,* | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust, | |
| Plaintiff, | Adv. No. 25-52298 (TMH) |
| vs. | |
| MOBILEFUSE, LLC, | **Re: Docket Nos. 28, 36** |
| Defendant. | **Hearing:  May 27, 2026 at 2:00 p.m. (ET)** |

**NOTICE OF HEARING REGARDING ORAL ARGUMENT WITH
RESPECT TO DEFENDANT'S MOTION TO DISMISS AMENDED
COMPLAINT AND BRIEF IN SUPPORT**

**PLEASE TAKE NOTICE** that a hearing with respect to oral argument on the *Motion by Defendant to Dismiss Amended Complaint* [Docket No. 28] and *Plaintiff's Opposition to Defendant's Motion to Dismiss Amended Complaint and Brief in Support* [Docket No. 36]  will be held in person before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Court") on **May 27, 2026, at 2:00 p.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

4919-1669-6737.1 19286.00001

Dated:  April 14, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*pro hac vice* )
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
        blevine@pszjlaw.com
        pkeane@pszjlaw.com

-and-

**REID COLLINS & TSAI LLP**

Eric D. Madden (*pro hac vice*)
Brandon V. Lewis (*pro hac vice*)
Brian J. Bah (*pro hac vice*)
1601 Elm Street, Suite 4200
Dallas, TX 75201
T: (214) 420-8900
F: (214) 420-8909
emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for Drivetrain, LLC, as
Plan Administrator and Litigation Trustee of the
Near Intelligence, Inc., et al. Litigation Trust*
