**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NEAR INTELLIGENCE, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of Near Intelligence, Inc. et al., Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. No. 25-52298 (TMH)<br><br>Re: Adv. D.I. 24 |

**MOTION TO STAY ADVERSARY PROCEEDING**

Defendant MOBILEFUSE LLC ("MobileFuse"), by and through its undersigned counsel, hereby files this motion (the "Motion"), pursuant to Federal Rule of Bankruptcy Procedure 7016 and the Court's inherent authority, to stay the above-captioned adversary proceeding. In support thereof, MobileFuse respectfully submits the Declaration of Robert F. Regan, the Exhibits annexed thereto, and its supporting Memorandum of Law, which are all incorporated herein by reference.

[1] The Debtors in these chapter 11 cases are Near Intelligence, Inc., Near Intelligence LLC, Near North America, Inc., and Near Intelligence Pte. Ltd.

Dated: September 1, 2026

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
Kevin Schlosser, Esq.
Robert F. Regan, Esq.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
(516) 741-6565
kschlosser@msek.com
rregan@msek.com

*Counsel to the Defendant MobileFuse LLC*