# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANIL MATHEWS, RAHUL AGARWAL, KENNETH M. HARLAN, and MOBILEFUSE LLC,

Defendants.

Civil Action
No. 26-cv-693 (JPC)

Order

WHEREAS, on March 12, 2026, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *Anil Mathews et al.*, S1 24 Cr. 630 (LGS), in which an indictment has been returned; and

WHEREAS, defendants Anil Mathews, Kenneth Harlan, and MobileFuse LLC consent to the stay of this matter in its entirety;

WHEREAS, the SEC takes no position on the Government's request to stay this matter in its entirety; and

WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case against defendants Anil Mathews and Kenneth Harlan.

SO ORDERED.

THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

April 23, 2026
DATE

The Clerk of Court is respectfully directed to close Docket Numbers 16 and 20.