# Exhibit A




Back to all articles




October 01, 2025

By: MobileFuse

# MobileFuse Appoints Charlotte Jackson as Chief Executive Officer

**NEW YORK – Oct. 1, 2025 –** MobileFuse, a leading advertising and technology company, today announced the appointment of Charlotte Jackson as Chief Executive Officer.

Jackson, who joined MobileFuse as the company's very first employee over 15 years ago, has played a pivotal role in its growth and success. She was instrumental in building the company's sales team and most recently served as Executive Vice President of Sales & Customer Success, where she led sales, client service, product marketing, and creative departments.

Under Jackson's leadership, MobileFuse will continue to expand its industry-leading roadmap across agencies, brands, e-comm and retail media, while deepening its expertise in deliveri outcomes that matter most: visitation, sales, awareness, incremental reach. With her appointment, MobileFuse p the select group of female-led ad tech companies.

MORE THAN MOBILE
CHAT WITH US

"I am honored to take on the role of CEO at such an exciting time for MobileFuse," said Jackson. "Our roadmap has never been stronger, and I'm excited to continue innovating with agencies, brands, and retail partners to deliver measurable outcomes. Having been here since near day one, I've seen firsthand the incredible growth and innovation driven by our talented team. I look forward to building on our strong foundation and continuing to push the boundaries of what's possible for our clients."

**Val Katayev, Co-Founder & Managing Member of MobileFuse,** said:

"Ken's dedication and vision are what built MobileFuse into the company it is today. He's been an incredible leader for the past 15 years, and we're deeply grateful for everything he has accomplished. Alongside Ken's legacy, Charlotte has been integral to our journey from day one. Her leadership and perspective make her the right person to guide MobileFuse into its next phase of growth."

**Ken Harlan, Co-Founder of MobileFuse,** added:

"Having worked alongside Charlotte for over 15 years, I know firsthand the impact she's had on our people, our partners, and our business. She embodies the culture and values of MobileFuse, and there's no one better to carry forward the mission we started. I couldn't be prouder to see her step into this role."

**About MobileFuse**

MobileFuse is a digital advertising and technology platform built to drive measurable outcomes for the leading brands and agencies. With a world-class engineering team, the company delivers proprietary SDK technology, advanced creative, and identity solutions while upholding the highest standards of quality, transparency, and brand safety. Collaboration and innovation are at the core of everything MobileFuse does, helping marketers achieve both performance and brand goals.

*Crafted for Quality. Engineered for Results.*

MORE THAN MOBILE
CHAT WITH US




Advertising, Publishing, SDK

Closing the Gap Between Audience Planning and Activation

Read Now ▸

mobilefuse + adstra

Advertising

MobileFuse Taps Adstra's Identity Data to Deliver Better Addressability for Buyers

Read Now ▸




Advertising, Sustainability

MobileFuse Wins Digiday Best CSR Initiative Award for Employee Green Energy Program

Read Now ▸




Advertising, Sustainability

MobileFuse Sets the Standard for Sustainability Leadership in Ad Tech

Read Now ▸

MORE THAN MOBILE
CHAT WITH US

mobilefuse

PO BOX 37
STIRLING, NJ 07980

**Solutions**

Brands

Retail Media

Programmatic

**Company**

About Us

Careers

News

Contact

**Resources**

Documentation

Privacy

Cookies

© 2026 MobileFuse. All rights reserved.

CERTIFIED CARBON NEUTRAL company

SME Climate Hub COMMITTED 2026

CLIMATE REGISTERED HERO

MORE THAN MOBILE

CHAT WITH US