# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANIL MATHEWS, RAHUL AGARWAL, KENNETH M. HARLAN, and MOBILEFUSE LLC,<br><br>Defendants. | Civil Action<br>No. 26-cv-693 (JPC)<br><br>Order |

WHEREAS, on March 12, 2026, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *Anil Mathews et al.*, S1 24 Cr. 630 (LGS), in which an indictment has been returned; and

WHEREAS, defendants Anil Mathews, Kenneth Harlan, and MobileFuse LLC consent to the stay of this matter in its entirety;

WHEREAS, the SEC takes no position on the Government's request to stay this matter in its entirety; and

WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case against defendants Anil Mathews and Kenneth Harlan.

SO ORDERED.

| | |
|---|---|
| [signature]<br>THE HONORABLE JOHN P. CRONAN<br>UNITED STATES DISTRICT JUDGE | April 23, 2026<br>DATE |

The Clerk of Court is respectfully directed to close Docket Numbers 16 and 20.