**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NEAR INTELLIGENCE, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of Near Intelligence, Inc. et al., Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. No. 25-52298 (TMH)<br><br>**Re: Adv. D.I. 49, 50, 51, 60 & 62** |

**NOTICE OF COMPLETION OF BRIEFING ON:**
**MOTION TO STAY ADVERSARY PROCEEDING**

Pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, MobileFuse LLC (the "Defendant"), by and through its undersigned counsel, hereby notifies the Court that briefing has been completed on the *Motion to Stay Adversary Proceeding* [Adv. D.I. 49] (the "Motion"). The pleadings relevant to the Motion are listed below:

| Tab | Date Filed | Adv. D.I. | Description |
|---|---|---|---|
| 1. | 09/01/2026 | 49 | *Motion to Stay Adversary Proceeding* |
| 2. | 09/01/2026 | 50 | *Memorandum of Law in Support of MobileFuse, LLC's Motion for a Stay* |
| 3. | 09/01/2026 | 51 | *Declaration of Robert F. Regan* |

[1] The Debtors in these chapter 11 cases are Near Intelligence, Inc., Near Intelligence LLC, Near North America, Inc., and Near Intelligence Pte. Ltd..

| | | | |
|---|---|---|---|
| 4. | 09/22/2026 | 60 | *Objection Plaintiff's Opposition to Defendant's Motion to Stay Adversary Proceeding and Brief in Support* |
| 5. | 09/29/2026 | 62 | *Reply Memorandum of Law in Support of Mobilefuse, LLC's Motion for a Stay* |

The aforementioned documents will be delivered to Chambers with this Notice of Completion of Briefing.

Dated: September 29, 2026
Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (No. 3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
Kevin Schlosser, Esq.
Robert F. Regan, Esq.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
(516) 741-6565
kschlosser@msek.com
rregan@msek.com

*Counsel to the Defendant MobileFuse LLC*