**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust,<br><br>Plaintiff,<br>vs.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. No. 25-52298 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 2, 2026 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

**RESOLVED MATTER:**

1. *Plan Administrator and Litigation Trustee's Motion for Entry of an Order Further Extending the Period to File Objections to Claims* [Filed 09.03.26; Docket No. 629]

**Response Deadline**: September 17, 2026

**Responses**: None

**Related Documents**:

(a) Certification of No Objection Regarding Plan Administrator and Litigation Trustee's Motion for Entry of an Order Further Extending the Period to File Objections to Claims [Filed 09.18.26; Docket No. 634].

(b) [Signed] Order Further Extending the Period to File Objections to Claims [Filed 09.21.26; Docket No. 635].

**Status**: An order has been entered by the Court resolving the matter. No hearing is needed.

**ADVERSARY MATTER GOING FORWARD – ORAL ARGUMENT:**

2. *Motion to Stay Adversary Proceeding* [Filed 09.01.26; Docket No. 49].

**Response Deadline**: September 22, 2026

**Responses**:

(a) Plaintiff's Opposition to Defendant's Motion to Stay Adversary Proceeding and Brief in Support [Filed 09.22.26; Docket No. 60].

**Related Documents**:

(a) Memorandum of Law in Support of MobileFuse, LLC's Motion for a Stay [Filed 09.01.26; Docket No. 50].

(b) Declaration of Robert F. Regan [Filed 09.01.26; Docket No. 51].

(c) Reply Memorandum of Law in Support of MobileFuse, LLC's Motion for a Stay [Filed 09.29.26; Docket No. 62].

(d) Notice of Completion of Briefing [Filed 09.29.26; Docket No. 63].

**Status**: Oral argument on this matter will go forward via Zoom.

Dated: September 30, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
T: (302) 652-4100
F: (302) 652-4400
bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

-and-

**REID COLLINS & TSAI LLP**

Eric D. Madden (*pro hac vice*)
Brandon V. Lewis (*pro hac vice*)
Brian J. Bah (*pro hac vice*)
1601 Elm Street, Suite 4200
Dallas, TX 75201
T: (214) 420-8900
F: (214) 420-8909
emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for the Plan Administrator and Litigation Trustee*