**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. Pro. No. 25-52298 (TMH) |

**NOTICE OF FILING OF REVISED PROPOSED SCHEDULING ORDER**

**PLEASE TAKE NOTICE** that on September 4, 2026, Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust ("Plaintiff") filed the *Notice of Filing of Proposed Scheduling Order* [Adv. Docket No. 54] in the above-captioned adversary proceeding, which attached a proposed scheduling order (the "Scheduling Order") for the Court's consideration in connection with the September 8, 2026 Zoom conference.

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is revised proposed Scheduling Order (the "Revised Scheduling Order") and attached hereto as **Exhibit B** is a redline comparing the Revised Scheduling Order against the original proposed Scheduling Order.

[1] The Debtors in these chapter 11 cases are Near Intelligence, Inc., Near Intelligence LLC, Near North America, Inc., and Near Intelligence Pte. Ltd.

Dated: September 30, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (admitted *pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Email: bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

**REID COLLINS & TSAI LLP**
Eric D. Madden (admitted *pro hac vice*)
Brandon V. Lewis (admitted *pro hac vice*)
Brian J. Bah (admitted *pro hac vice*)
1445 Ross Avenue, Suite 2900
Dallas, TX 75202
Telephone: (214) 420-8900
Email: emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for Plaintiff Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al. Litigation Trust*