**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust,<br><br>Plaintiff,<br>vs.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. No. 25-52298 (TMH) |

***THIRD AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 2, 2026 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

[2] **Amended items appear in bold.**

**<u>RESOLVED MATTER</u>:**

1. *Plan Administrator and Litigation Trustee's Motion for Entry of an Order Further Extending the Period to File Objections to Claims* [Filed 09.03.26; Docket No. 629]

**<u>Response Deadline</u>**: September 17, 2026

**<u>Responses</u>**: None

**<u>Related Documents</u>**:

(a) Certification of No Objection Regarding Plan Administrator and Litigation Trustee's Motion for Entry of an Order Further Extending the Period to File Objections to Claims [Filed 09.18.26; Docket No. 634].

(b) [Signed] Order Further Extending the Period to File Objections to Claims [Filed 09.21.26; Docket No. 635].

**<u>Status</u>**: An order has been entered by the Court resolving the matter. No hearing is needed.

**<u>ADVERSARY MATTERS GOING FORWARD – ORAL ARGUMENT</u>:**

2. *Motion to Stay Adversary Proceeding* **[Adv. Pro. No. 25-52298]** [Filed 09.01.26; Docket No. 49

**<u>Response Deadline</u>**: September 22, 2026

**<u>Responses</u>**:

(a) Plaintiff's Opposition to Defendant's Motion to Stay Adversary Proceeding and Brief in Support [Filed 09.22.26; Docket No. 60].

**<u>Related Documents</u>**:

(a) Memorandum of Law in Support of MobileFuse, LLC's Motion for a Stay [Filed 09.01.26; Docket No. 50].

(b) Declaration of Robert F. Regan [Filed 09.01.26; Docket No. 51].

(c) Reply Memorandum of Law in Support of MobileFuse, LLC's Motion for a Stay [Filed 09.29.26; Docket No. 62].

(d) Notice of Completion of Briefing [Filed 09.29.26; Docket No. 63].

(e) Letter from United States Attorney re MobileFuse, LLC's Motion to Stay Adversary Proceeding [Filed 09.30.26; Docket No. 67].

**(f) Notice of Amended Completion of Briefing on: Motion to Stay Adversary Proceeding [Filed 10.01.26; Docket No. 70]**

**Status**: Oral argument on this matter will go forward via Zoom.

3. *Scheduling Conference* [Adv. Pro. No. 25-52298]

Related Documents:

(a) Notice of Filing of Proposed Scheduling Order [Filed 09.04.26; Docket No. 54].

(b) Notice of Filing of Revised Proposed Scheduling Order [Filed 09.30.26; Docket No. 66].

Status: Subject to the Court's permission and its ruling on the motion to stay, Plaintiff requests that the Court enter a scheduling order and has filed a revised proposed scheduling order for the Court's consideration.

Dated: October 1, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
T: (302) 652-4100
F: (302) 652-4400
bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

-and-

**REID COLLINS & TSAI LLP**

Eric D. Madden (*pro hac vice*)
Brandon V. Lewis (*pro hac vice*)
Brian J. Bah (*pro hac vice*)
1445 Ross Avenue, Suite 2900
Dallas, Texas 75202
T: (214) 420-8900
F: (214) 420-8909
emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for the Plan Administrator and Litigation Trustee*