**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. Pro. No. 25-52298 (TMH) |

## PLAINTIFF'S STATUS REPORT

Plaintiff, Drivetrain LLC, in its capacity as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust ("Plaintiff"), submits this status report pursuant to the *Scheduling Order* [Adv. Docket No. 79].

The parties have exchanged initial disclosures. Nothing further to report at this time.

[1] The Debtors in these chapter 11 cases are Near Intelligence, Inc., Near Intelligence LLC, Near North America, Inc., and Near Intelligence Pte. Ltd.

Dated: November 24, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (admitted *pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Email: bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

**REID COLLINS & TSAI LLP**
Eric D. Madden (admitted *pro hac vice*)
Brandon V. Lewis (admitted *pro hac vice*)
Brian J. Bah (admitted *pro hac vice*)
1445 Ross Avenue, Suite 2900
Dallas, TX 75202
Telephone: (214) 420-8900
Email: emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for Plaintiff Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al. Litigation Trust*